20472. MacDougald Construction Co. *v.* Bass Canning Co. *et al.*

20500. Mayor &c. of Milledgeville *v.* Bass Canning Co. *et al.*

Jenkins, P. J. The former judgments of reversal in these cases (42 *Ga. App.* 533, 156 S. E. 628), having been reversed by the Supreme Court on certiorari (174 *Ga.* 222, 162 S. E. 687), are vacated and the opinion heretofore rendered is withdrawn. The judgment of the court below overruling the separate demurrers of the defendants to counts 1 and 2 of the plaintiff's petition is affirmed. Count 3 of the petition was stricken by the trial court, and to that ruling no exception was taken, and consequently that count was not dealt with in the original opinion by this court. *Judgments affirmed. Stephens and Bell, JJ., concur.*

Decided March 17, 1932.

*Spalding, MacDougald & Sibley, Sibley & Sibley,* for MacDougald Co. *Hines & Carpenter,* for Mayor &c. of Milledgeville.

*Sam H. Wiley, Frank W. Bell,* for Bass Canning Co.

---

20743. Parker *v.* Travelers Insurance Company *et al.*

Jenkins, P. J. Under the answers returned by the Supreme Court to the questions certified to it in this case (174 *Ga.* 525, 163 S. E. 159), the judge of the superior court did not err in setting aside the award of compensation made in favor of the claimant by the industrial commission on account of the death of her husband, a police officer of a municipality. *Judgment affirmed. Stephens and Bell, JJ., concur.*

Decided March 17, 1932.

*J. M. DeFoor, W. E. Harclerode,* for plaintiff.

*McDaniel, Neely & Marshall, Harry L. Greene,* for defendant.